**COMMISSIONER OF INTERNAL REVENUE, Petitioner,**

v.

**ESTATE Of Annette S. MORGAN, Deceased, William H. Morgan, Executor, Respondent.**

**No. 15099.**

United States Court of Appeals
Sixth Circuit.

April 10, 1963.

Carolyn R. Just, Atty., Dept. of Justice, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Robert N. Anderson, Attys. Dept. of Justice, Washington, D. C., on the brief), for petitioner.

Howard M. Kohn, Cleveland, Ohio (C. W. Landefeld, Cleveland, Ohio, on the brief; Grossman, Schlesinger & Carter, Cleveland, Ohio, of counsel), for respondent.

Before McALLISTER and O'SULLIVAN, Circuit Judges, and WILLIAM E. MILLER, District Judge.

ORDER.

This cause coming on to be heard upon the petition for review of the decision of the Tax Court of the United States, and the court having considered the briefs, oral argument of counsel, and the entire record,

Now, therefore, it is Ordered, Adjudged and Decreed that the decision of the Tax Court be and is hereby affirmed on its Findings of Fact and Opinion, reported at 37 T.C. 981.

**AMERICAN MARINE CORPORATION, Appellant,**

v.

**The TOWBOAT Z-FOURTEEN, Her Engines, Tackle, Etc., Appellee.**

**No. 19752.**

United States Court of Appeals
Fifth Circuit.

April 29, 1963.

Charles W. Howard, Jr., Charles D. Marshall, New Orleans, La., Edgar F. Barnett, Lake Charles, La., Neal D. Hobson, New Orleans, La. (Milling, Saal, Saunders, Benson & Woodward, New Orleans, La., Hall, Raggio & Farrar, Lake Charles, La., of counsel), for appellant.

Walter C. Peters, Jennings, La., George B. Matthews, Thomas W. Thorne, Jr., New Orleans, La., Lemle & Kelleher, New Orleans, La., Adams & Peters, Jennings, La., for appellee.

Before PHILLIPS *, CAMERON and WISDOM, Circuit Judges.

PER CURIAM.

The questions raised in this *in rem* proceeding involving an alleged lien on a vessel are well delineated in the published findings of facts and conclusions of law of the court below.[1] We find them to be accurate and to deal fully with the issues of law and fact involved. We agree with the conclusions reached and the reasons given by the court below; and, based upon them, the judgment is

Affirmed.

---

* Of the Tenth Circuit, sitting by designation.

1. American Marine Corporation v. The Towboat Z-Fourteen, etc., 1962, W.D. La., 214 F.Supp. 849.